IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 3 0 2009

OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR<br>One Motorola L7c phone, with HEX # OBDFB879,<br>seized during a traffic stop near 27th & Fort Streets,<br>Omaha, Nebraska, booked under Omaha Police Department,<br>RB# 95535-V, evidence item number 15. | )<br>)<br>)<br>)<br>) 8:09MJ69 |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 27th day of March, 2009

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____
JOHN E. HIGGINS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F.A. Gossett, III
Judge, United States Magistrate Court

DATED: 3/30/09